## ROBINSON *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 41, September Term, 1964.]

*Decided October 21, 1964.*

Before HENDERSON, C. J., and HAMMOND, PRESCOTT, MARBURY and SYBERT, JJ.

PER CURIAM.

This application for leave to appeal from a determination of defective delinquency by Chief Judge Manley raises no question except the sufficiency and weight of the evidence. An allegation that the trial was in violation of rights guaranteed by the Fifth and Fourteenth Amendments is too general to require an answer. We think the evidence in the medical reports was sufficient to support the trial court's finding, and the trial court was not clearly in error.

*Application denied.*